OTTO ERLER, Respondent, *v.* LEON ABBETT, Appellant,
Impleaded with Another.

*Erler* v. *Abbett*, 93 App. Div. 612, affirmed.
(Argued April 20, 1905; decided May 5, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 15, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*William B. Ellison, Duncan A. MacIntyre* and *Arnold L. Davis* for appellant.

*A. Blumenstiel* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT and WERNER, JJ. Dissenting: O'BRIEN, BARTLETT and VANN, JJ.

---

LOUIS H. EVANS, Appellant, *v.* JOHN H. WRENN et al., Respondents.

*Evans* v. *Wrenn*, 93 App. Div. 346, affirmed.
(Argued April 20, 1905; decided May 5, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1904, affirming a judgment in favor of defendants entered upon the report of a referee.

*Alfred B. Cruikshank* for appellant.

*F. W. M. Cutcheon* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.